O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-1180-CAS |
| Plaintiff, | SUPERVISED RELEASE REVOCATION AND JUDGMENT |
| v. | |
| J.T. CARR, | |
| Defendant. | |

On June 16, 2011, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed June 8, 2011. The Government, John Lulejian, the defendant and his appointed attorney, Firdaus Dordi, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Bonita Dixion, was also present.

The defendant admits the allegation in violation of his supervised release as stated in the Petition on Probation and Supervised Release filed on June 8, 2011.

The Court finds that the defendant is in violation of the terms and conditions of his probation as set forth in the Judgment and Probation/Commitment Order of September 15, 2005. The defendant's supervised release is hereby revoked.

IT IS HEREBY ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of four (4) months, with no supervised release to follow.

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, June 23, 2011. In the absence

of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: _June 21, 2011
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: _____/S/_____
Catherine M. Jeang, Deputy Clerk